# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MILLINER,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID DIGUGLIELMO, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 08-4905 |

## **MEMORANDUM/ORDER**

On April 23, 2010, this court issued a memorandum and order (docket no. 49) directing the Clerk to place this matter in civil suspense pending the appointment of counsel for the plaintiff from the Pro Se Prisoner Civil Rights Panel. By a letter dated May 25, 2010 and appended to this memorandum and order, counsel agreed to accept representation of the plaintiff.

For that reason, it is, this 1st day of June, 2010, hereby **ORDERED** as follows:

(1) The Clerk is directed to restore this matter to the active docket; and

(2) Plaintiff shall respond to defendants' pending motions to dismiss (Docket Nos. 36, 38, 41, and 44) within sixty (60) days of the date of this Order.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.